Appendix A:
Unpermitted Discharges of Pollutants

| Date | Description | Water Body |
|---|---|---|
| 8/18/2015 | Discharge of Kristalex 3085 from Outfall 002. | Monongahela River |
| 9/16/2015 | Discharge of ChemTreat C2189T and ChemTreat C1453SR released from cooling tower to unnamed tributary. | Unnamed Tributary to Monongahela |
| 10/28/2015 | Discharge of ChemTreat C2189T and ChemTreat C1453SR released from cooling tower to unnamed tributary. | Unnamed Tributary to Monongahela |
| 4/22/2017 | 2 inch line containing approximately 150 gallons of 7% hydrochloric acid/antifoam mix leaked directly above and into Unnamed Tributary. | Unnamed Tributary to Monongahela |
| 4/17/2018 | Discharge of Halogene G and ChemTreat C1453SR from storm drain located south of the Water White Unit through Outfall 002. | Monongahela River |

United States and Pennsylvania Department of Environmental Protection
v. Eastman Chemical Resins, Inc.