Appendix B:
Discharges of Oil in Harmful Quantities

| Date | Description | Waterbody |
|---|---|---|
| 6/28/2018 | Spill of approximately 6,860 lbs of Therminol 59, a light-yellow hydrocarbon, from high point vents at LTC Unit. | Unnamed Tributary to Monongahela |
| 7/3/2018 | Discharge of approximately 25 gallons of Poly Oil, a mixture of light aromatic solvent naptha petroleum and other substances, from the C5 API separator drain. | Unnamed Tributary to Monongahela |
| 2/6/2019 | Discharge of approximately seven gallons of Mobil Delvac 1 Gear Oil from transmission hose, which entered Monongahela through Outfall 004 and overflow near Outfall 006. | Monongahela River |
| 2/12/2019 | Five gallons of fuel oil released from a pipe located inside the tank 52 dike, discharging through Outfall 020 into the Unnamed Tributary, causing a 5' x 2' sheen observed on the Unnamed Tributary and the Monongahela. | Unnamed Tributary to Monongahela and Monongahela River |

United States and Pennsylvania Department of Environmental Protection
v. Eastman Chemical Resins, Inc.