Appendix C: Effluent Limit Violations
United States and PADEP v. Eastman Chemical Resins, Inc.

| Parameter | Outfall | Limit | Discharged (mg/l) | Above Limit | Date |
|---|---|---|---|---|---|
| Aluminum | Outfall 002 | 0.75 mg/L | 0.863 | 15% | 12/2/2014 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.123 | 5% | 12/2/2014 |
| Zinc | Outfall 004 | 0.117mg/L | 0.218 | 86% | 12/2/2014 |
| Aluminum | Outfall 005 | 0.75 mg/L | 1.01 | 34% | 12/2/2014 |
| Aluminum | Outfall 008 | 0.75 mg/L | 3.51 | 368% | 12/2/2014 |
| Aluminum | Outfall 011 | 0.75 mg/L | 3.31 | 341% | 12/2/2014 |
| Zinc | Outfall 013 | 0.117mg/L | 0.465 | 297% | 12/2/2014 |
| Aluminum | Outfall 017 | 0.75 mg/L | 1.66 | 121% | 12/2/2014 |
| Aluminum | Outfall 114 | 0.75 mg/L | 1.97 | 162% | 12/2/2014 |
| O&G | Outfall 114 | 15 mg/L | 25.8 | 72% | 12/2/2014 |
| Zinc | Outfall 114 | 0.117mg/L | 1.19 | 917% | 12/2/2014 |
| Aluminum | Outfall 214 | 0.75 mg/L | 2.97 | 296% | 12/2/2014 |
| O&G | Outfall 214 | 15 mg/L | 45.5 | 203% | 12/2/2014 |
| Zinc | Outfall 214 | 0.117mg/L | 1.3 | 1011% | 12/2/2014 |
| Nitrates | Outfall 24 | 0.68 mg/l | 0.9 | 32% | 12/2/2014 |
| Nitrates | Outfall 11 | 0.68 mg /L | 1.2 | 76% | 12/31/2014 |
| Nitrates | Outfall 20 | 0.68 mg /L | 1.9 | 179% | 12/31/2014 |
| Xylene | Outfall 002 | 0.033 mg/L | 0.063 | 90% | 3/20/2015 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.13 | 11% | 3/20/2015 |
| Zinc | Outfall 004 | 0.117mg/L | 0.171 | 46% | 3/20/2015 |
| Aluminum | Outfall 008 | 0.75 mg/L | 0.938 | 25% | 3/20/2015 |
| Aluminum | Outfall 009 | 0.75 mg/L | 2.34 | 212% | 3/20/2015 |
| Aluminum | Outfall 011 | 0.75 mg/L | 2.34 | 212% | 3/20/2015 |
| Zinc | Outfall 013 | 0.117mg/L | 0.25 | 113% | 3/20/2015 |
| Aluminum | Outfall 020 | 0.75 mg/L | 1.46 | 94% | 3/20/2015 |
| Zinc | Outfall 024 | 0.117mg/L | 0.213 | 82% | 3/20/2015 |
| Xylene | Outfall 114 | 0.033 mg/L | 0.094 | 184% | 3/20/2015 |
| Zinc | Outfall 114 | 0.117mg/L | 0.201 | 71% | 3/20/2015 |
| Nitrates | Outfall 20 | 0.68 mg /L | 1.1 | 61% | 3/20/2015 |
| Aluminum | Outfall 214 | 0.75 mg/L | 2.46 | 228% | 3/20/2015 |
| Zinc | Outfall 214 | 0.117mg/L | 1 | 754% | 3/20/2015 |
| Aluminum | Outfall 004 | 0.75 mg/L | 0.868 | 16% | 3/31/2015 |
| Aluminum | Outfall 008 | 0.75 mg/L | 1.04 | 38% | 6/15/2015 |
| Aluminum | Outfall 013 | 0.75 mg/L | 1.33 | 77% | 6/15/2015 |
| Aluminum | Outfall 016 | 0.75 mg/L | 2.21 | 194% | 6/15/2015 |
| Aluminum | Outfall 019 | 0.75 mg/L | 1.54 | 105% | 6/15/2015 |
| Aluminum | Outfall 020 | 0.75 mg/L | 0.793 | 5% | 6/15/2015 |
| Nitrates | Outfall 20 | 0.68 mg /L | 2.1 | 208% | 6/15/2015 |
| Aluminum | Outfall 002 | 0.75 mg/L | 0.964 | 28% | 9/10/2015 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.146 | 25% | 9/10/2015 |
| Aluminum | Outfall 004 | 0.75 mg/L | 4.02 | 436% | 9/10/2015 |
| Zinc | Outfall 004 | 0.117mg/L | 0.167 | 42% | 9/10/2015 |

Appendix C: Effluent Limit Violations
United States and PADEP v. Eastman Chemical Resins, Inc.

| Parameter | Outfall | Limit | Discharged (mg/l) | Above Limit | Date |
|---|---|---|---|---|---|
| Zinc | Outfall 005 | 0.117mg/L | 0.153 | 30% | 9/10/2015 |
| Aluminum | Outfall 008 | 0.75 mg/L | 4.1 | 446% | 9/10/2015 |
| Zinc | Outfall 008 | 0.117mg/L | 0.175 | 49% | 9/10/2015 |
| Aluminum | Outfall 009 | 0.75 mg/L | 1.09 | 45% | 9/10/2015 |
| Aluminum | Outfall 011 | 0.75 mg/L | 2.77 | 269% | 9/10/2015 |
| Zinc | Outfall 011 | 0.117mg/L | 0.174 | 48% | 9/10/2015 |
| Aluminum | Outfall 013 | 0.75 mg/L | 2.26 | 201% | 9/10/2015 |
| Aluminum | Outfall 017 | 0.75 mg/L | 5.35 | 613% | 9/10/2015 |
| Aluminum | Outfall 019 | 0.75 mg/L | 0.86 | 14% | 9/10/2015 |
| Aluminum | Outfall 020 | 0.75 mg/L | 2.37 | 216% | 9/10/2015 |
| Aluminum | Outfall 024 | 0.75 mg/L | 4.34 | 478% | 9/10/2015 |
| Nitrates | Outfall 20 | 0.68 mg /L | 2.3 | 238% | 9/10/2015 |
| Styrene | Outfall 002 | 0.016 | 0.06 | 275% | 10/28/2015 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.135 | 15% | 10/28/2015 |
| Aluminum | Outfall 005 | 0.75 mg/L | 2.02 | 169% | 10/28/2015 |
| Zinc | Outfall 005 | 0.117mg/L | 0.13 | 11% | 10/28/2015 |
| Aluminum | Outfall 008 | 0.75 mg/L | 1.24 | 65% | 10/28/2015 |
| Aluminum | Outfall 011 | 0.75 mg/L | 2.1 | 180% | 10/28/2015 |
| Zinc | Outfall 011 | 0.117mg/L | 0.212 | 81% | 10/28/2015 |
| Zinc | Outfall 013 | 0.117mg/L | 0.459 | 292% | 10/28/2015 |
| Aluminum | Outfall 017 | 0.75 mg/L | 1.07 | 42% | 10/28/2015 |
| Zinc | Outfall 024 | 0.117mg/L | 0.183 | 56% | 10/28/2015 |
| Nitrates | Outfall 20 | 0.68 mg /L | 2.4 | 252% | 10/28/2015 |
| Aluminum | Outfall 214 | 0.75 mg/L | 2.18 | 190% | 10/28/2015 |
| Zinc | Outfall 214 | 0.117mg/L | 0.556 | 375% | 10/28/2015 |
| Nitrates | Outfall 24 | 0.68 mg/l | 1.7 | 150% | 10/28/2015 |
| Nitrates | Outfall 24 | 0.68 mg/l | 1.7 | 150% | 12/31/2015 |
| Aluminum | Outfall 002 | 0.75 mg/L | 1.92 | 156% | 2/16/2016 |
| Styrene | Outfall 002 | 0.016 | 0.025 | 56% | 2/16/2016 |
| Xylene | Outfall 002 | 0.033 mg/L | 0.07 | 112% | 2/16/2016 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.188 | 60% | 2/16/2016 |
| Aluminum | Outfall 004 | 0.75 mg/L | 2.96 | 294% | 2/16/2016 |
| Zinc | Outfall 004 | 0.117mg/L | 0.124 | 5% | 2/16/2016 |
| Aluminum | Outfall 005 | 0.75 mg/L | 2.02 | 169% | 2/16/2016 |
| Aluminum | Outfall 008 | 0.75 mg/L | 1.78 | 137% | 2/16/2016 |
| Aluminum | Outfall 009 | 0.75 mg/L | 1.36 | 81% | 2/16/2016 |
| Aluminum | Outfall 011 | 0.75 mg/L | 1.41 | 88% | 2/16/2016 |
| Aluminum | Outfall 013 | 0.75 mg/L | 1.42 | 89% | 2/16/2016 |
| Aluminum | Outfall 016 | 0.75 mg/L | 1.68 | 124% | 2/16/2016 |
| Aluminum | Outfall 017 | 0.75 mg/L | 1.95 | 160% | 2/16/2016 |
| Aluminum | Outfall 020 | 0.75 mg/L | 1.47 | 96% | 2/16/2016 |
| Zinc | Outfall 114 | 0.117mg/L | 0.137 | 17% | 2/16/2016 |

Appendix C: Effluent Limit Violations
United States and PADEP v. Eastman Chemical Resins, Inc.

| Parameter | Outfall | Limit | Discharged (mg/l) | Above Limit | Date |
|---|---|---|---|---|---|
| Nitrates | Outfall 20 | 0.68 mg /L | 1.1 | 61% | 2/16/2016 |
| Zinc | Outfall 214 | 0.117mg/L | 0.127 | 8% | 2/16/2016 |
| Aluminum | Outfall 214 | 0.75 mg/L | 0.812 | 8% | 3/31/2016 |
| Aluminum | Outfall 002 | 0.75 mg/L | 1.76 | 134% | 4/28/2016 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.216 | 84% | 4/28/2016 |
| Aluminum | Outfall 004 | 0.75 mg/L | 1.69 | 125% | 4/28/2016 |
| Zinc | Outfall 004 | 0.117mg/L | 0.147 | 25% | 4/28/2016 |
| Aluminum | Outfall 005 | 0.75 mg/L | 1.68 | 124% | 4/28/2016 |
| Aluminum | Outfall 008 | 0.75 mg/L | 2.99 | 299% | 4/28/2016 |
| Zinc | Outfall 008 | 0.117mg/L | 0.131 | 11% | 4/28/2016 |
| Aluminum | Outfall 011 | 0.75 mg/L | 1.44 | 92% | 4/28/2016 |
| Zinc | Outfall 013 | 0.117mg/L | 0.15 | 28% | 4/28/2016 |
| Aluminum | Outfall 017 | 0.75 mg/L | 3.97 | 429% | 4/28/2016 |
| Aluminum | Outfall 019 | 0.75 mg/L | 0.89 | 18% | 4/28/2016 |
| Aluminum | Outfall 024 | 0.75 mg/L | 8.35 | 1013% | 4/28/2016 |
| Zinc | Outfall 024 | 0.117mg/L | 0.288 | 146% | 4/28/2016 |
| Aluminum | Outfall 114 | 0.75 mg/L | 1.21 | 61% | 4/28/2016 |
| Zinc | Outfall 114 | 0.117mg/L | 0.827 | 606% | 4/28/2016 |
| Nitrates | Outfall 20 | 0.68 mg /L | 1.2 | 76% | 4/28/2016 |
| Aluminum | Outfall 214 | 0.75 mg/L | 2.37 | 216% | 4/28/2016 |
| Zinc | Outfall 214 | 0.117mg/L | 0.9 | 669% | 4/28/2016 |
| Zinc | Outfall 013 | 0.117mg/L | 0.16 | 36% | 9/29/2016 |
| Nitrates | Outfall 20 | 0.68 mg /L | 3.4 | 400% | 9/29/2016 |
| Nitrates | Outfall 24 | 0.68 mg/l | 0.73 | 7% | 9/29/2016 |
| Aluminum | Outfall 002 | 0.75 mg/L | 2.87 | 282% | 10/21/2016 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.16 | 36% | 10/21/2016 |
| Zinc | Outfall 005 | 0.117mg/L | 0.149 | 27% | 10/21/2016 |
| Aluminum | Outfall 009 | 0.75 mg/L | 0.796 | 6% | 10/21/2016 |
| Aluminum | Outfall 011 | 0.75 mg/L | 0.956 | 27% | 10/21/2016 |
| Aluminum | Outfall 017 | 0.75 mg/L | 0.89 | 18% | 10/21/2016 |
| Xylene | Outfall 114 | 0.033 mg/L | 0.2 | 506% | 10/21/2016 |
| Nitrates | Outfall 24 | 0.68 mg/l | 0.76 | 12% | 10/21/2016 |
| Zinc | Outfall 004 | 0.117mg/L | 0.205 | 75% | 3/7/2017 |
| Aluminum | Outfall 005 | 0.75 mg/L | 0.864 | 15% | 3/7/2017 |
| Zinc | Outfall 013 | 0.117mg/L | 0.767 | 555% | 3/7/2017 |
| Xylene | Outfall 114 | 0.033 mg/L | 0.224 | 578% | 3/7/2017 |
| Zinc | Outfall 114 | 0.117mg/L | 0.538 | 359% | 3/7/2017 |
| Nitrates | Outfall 20 | 0.68 mg /L | 2.4 | 252% | 3/7/2017 |
| Zinc | Outfall 214 | 0.117mg/L | 0.172 | 47% | 3/7/2017 |
| Aluminum | Outfall 002 | 0.75 mg/L | 6.53 | 770% | 5/11/2017 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.239 | 104% | 5/11/2017 |
| Aluminum | Outfall 004 | 0.75 mg/L | 2.03 | 170% | 5/11/2017 |

3

Appendix C: Effluent Limit Violations
United States and PADEP v. Eastman Chemical Resins, Inc.

| Parameter | Outfall | Limit | Discharged (mg/l) | Above Limit | Date |
|---|---|---|---|---|---|
| Aluminum | Outfall 005 | 0.75 mg/L | 1.02 | 36% | 5/11/2017 |
| Aluminum | Outfall 008 | 0.75 mg/L | 6.49 | 765% | 5/11/2017 |
| Zinc | Outfall 008 | 0.117mg/L | 0.149 | 27% | 5/11/2017 |
| Aluminum | Outfall 009 | 0.75 mg/L | 0.79 | 6% | 5/11/2017 |
| Aluminum | Outfall 011 | 0.75 mg/L | 2.49 | 232% | 5/11/2017 |
| Aluminum | Outfall 013 | 0.75 mg/L | 3.37 | 349% | 5/11/2017 |
| Aluminum | Outfall 016 | 0.75 mg/L | 0.948 | 26% | 5/11/2017 |
| Aluminum | Outfall 017 | 0.75 mg/L | 1.31 | 74% | 5/11/2017 |
| Aluminum | Outfall 019 | 0.75 mg/L | 2.92 | 289% | 5/11/2017 |
| Aluminum | Outfall 020 | 0.75 mg/L | 2.15 | 186% | 5/11/2017 |
| Aluminum | Outfall 024 | 0.75 mg/L | 2.35 | 213% | 5/11/2017 |
| Zinc | Outfall 114 | 0.117mg/L | 0.188 | 60% | 5/11/2017 |
| Aluminum | Outfall 004 | 0.75 mg/L | 1.88 | 151% | 9/30/2017 |
| Zinc | Outfall 004 | 0.117mg/L | 2.38 | 1934% | 9/30/2017 |
| Aluminum | Outfall 005 | 0.75 mg/L | 3.76 | 401% | 9/30/2017 |
| Zinc | Outfall 005 | 0.117mg/L | 0.667 | 470% | 9/30/2017 |
| Zinc | Outfall 011 | 0.117mg/L | 2.16 | 1746% | 9/30/2017 |
| Nitrates | Outfall 11 | 0.68 mg /L | 3.4 | 400% | 9/30/2017 |
| Aluminum | Outfall 004 | 0.75 mg/L | 1.64 | 119% | 12/31/2017 |
| Zinc | Outfall 004 | 0.117mg/L | 0.332 | 184% | 12/31/2017 |
| Aluminum | Outfall 005 | 0.75 mg/L | 4.76 | 535% | 12/31/2017 |
| Zinc | Outfall 005 | 0.117mg/L | 0.208 | 78% | 12/31/2017 |
| Aluminum | Outfall 008 | 0.75 mg/L | 0.89 | 19% | 12/31/2017 |
| Aluminum | Outfall 011 | 0.75 mg/L | 2.45 | 227% | 12/31/2017 |
| Zinc | Outfall 011 | 0.117mg/L | 0.242 | 107% | 12/31/2017 |
| Zinc | Outfall 013 | 0.117mg/L | 0.434 | 271% | 12/31/2017 |
| Aluminum | Outfall 017 | 0.75 mg/L | 3.14 | 319% | 12/31/2017 |
| Aluminum | Outfall 020 | 0.75 mg/L | 11.4 | 1420% | 12/31/2017 |
| Aluminum | Outfall 024 | 0.75 mg/L | 5.31 | 608% | 12/31/2017 |
| Xylene | Outfall 114 | 0.033 mg/L | 0.0842 | 155% | 12/31/2017 |
| Zinc | Outfall 114 | 0.117mg/L | 0.471 | 303% | 12/31/2017 |
| Nitrates | Outfall 20 | 0.68 mg /L | 2.7 | 297% | 12/31/2017 |
| Zinc | Outfall 214 | 0.117mg/L | 0.143 | 22% | 12/31/2017 |
| Styrene | Outfall 002 | 0.016 | 0.09 | 462% | 3/31/2018 |
| Xylene | Outfall 002 | 0.033 mg/L | 0.112 | 239% | 3/31/2018 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.13 | 11% | 3/31/2018 |
| Aluminum | Outfall 004 | 0.75 mg/L | 1.49 | 98% | 3/31/2018 |
| Zinc | Outfall 004 | 0.117mg/L | 0.223 | 90% | 3/31/2018 |
| Aluminum | Outfall 005 | 0.75 mg/L | 7.02 | 836% | 3/31/2018 |
| Zinc | Outfall 005 | 0.117mg/L | 0.214 | 82% | 3/31/2018 |
| Aluminum | Outfall 008 | 0.75 mg/L | 2.04 | 172% | 3/31/2018 |
| Aluminum | Outfall 009 | 0.75 mg/L | 3.89 | 418% | 3/31/2018 |

Appendix C: Effluent Limit Violations
United States and PADEP v. Eastman Chemical Resins, Inc.

| Parameter | Outfall | Limit | Discharged (mg/l) | Above Limit | Date |
|---|---|---|---|---|---|
| Zinc | Outfall 009 | 0.117mg/L | 0.148 | 26% | 3/31/2018 |
| Aluminum | Outfall 011 | 0.75 mg/L | 3.91 | 421% | 3/31/2018 |
| Zinc | Outfall 011 | 0.117mg/L | 0.146 | 24% | 3/31/2018 |
| Zinc | Outfall 013 | 0.117mg/L | 0.819 | 600% | 3/31/2018 |
| Aluminum | Outfall 016 | 0.75 mg/L | 0.788 | 5% | 3/31/2018 |
| Aluminum | Outfall 017 | 0.75 mg/L | 6.7 | 793% | 3/31/2018 |
| Xylene | Outfall 114 | 0.033 mg/L | 0.049 | 48% | 3/31/2018 |
| Nitrates | Outfall 20 | 0.68 mg /L | 3.1 | 355% | 3/31/2018 |
| Aluminum | Outfall 214 | 0.75 mg/L | 1.72 | 129% | 3/31/2018 |
| Zinc | Outfall 214 | 0.117mg/L | 0.754 | 544% | 3/31/2018 |
| Aluminum | Outfall 002 | 0.75 mg/L | 1.97 | 162% | 6/30/2018 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.181 | 54% | 6/30/2018 |
| Aluminum | Outfall 004 | 0.75 mg/L | 0.869 | 15% | 6/30/2018 |
| Zinc | Outfall 004 | 0.117mg/L | 0.256 | 118% | 6/30/2018 |
| Aluminum | Outfall 005 | 0.75 mg/L | 0.912 | 21% | 6/30/2018 |
| Aluminum | Outfall 008 | 0.75 mg/L | 1.14 | 52% | 6/30/2018 |
| Aluminum | Outfall 011 | 0.75 mg/L | 2.16 | 188% | 6/30/2018 |
| Zinc | Outfall 011 | 0.117mg/L | 0.167 | 42% | 6/30/2018 |
| Zinc | Outfall 013 | 0.117mg/L | 0.417 | 256% | 6/30/2018 |
| Aluminum | Outfall 016 | 0.75 mg/L | 1.63 | 117% | 6/30/2018 |
| Aluminum | Outfall 017 | 0.75 mg/L | 1.39 | 85% | 6/30/2018 |
| Aluminum | Outfall 024 | 0.75 mg/L | 4.43 | 490% | 6/30/2018 |
| Zinc | Outfall 024 | 0.117mg/L | 0.137 | 17% | 6/30/2018 |
| Xylene | Outfall 114 | 0.033 mg/L | 0.27 | 718% | 6/30/2018 |
| Nitrates | Outfall 20 | 0.68 mg /L | 1.3 | 91% | 6/30/2018 |
| Aluminum | Outfall 004 | 0.75 mg/L | 0.8 | 6% | 9/30/2018 |
| Zinc | Outfall 004 | 0.117mg/L | 0.156 | 33% | 9/30/2018 |
| Aluminum | Outfall 008 | 0.75 mg/L | 1.72 | 129% | 9/30/2018 |
| Aluminum | Outfall 011 | 0.75 mg/L | 2.27 | 202% | 9/30/2018 |
| Zinc | Outfall 013 | 0.117mg/L | 0.537 | 358% | 9/30/2018 |
| Aluminum | Outfall 017 | 0.75 mg/L | 0.984 | 31% | 9/30/2018 |
| Nitrates | Outfall 11 | 0.68 mg /L | 0.8 | 18% | 9/30/2018 |
| Zinc | Outfall 114 | 0.117mg/L | 0.171 | 46% | 9/30/2018 |
| Nitrates | Outfall 20 | 0.68 mg /L | 2.2 | 224% | 9/30/2018 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.142 | 21% | 12/31/2018 |
| Aluminum | Outfall 004 | 0.75 mg/L | 1.42 | 89% | 12/31/2018 |
| Zinc | Outfall 004 | 0.117mg/L | 0.225 | 92% | 12/31/2018 |
| Aluminum | Outfall 005 | 0.75 mg/L | 1.4 | 86% | 12/31/2018 |
| Aluminum | Outfall 008 | 0.75 mg/L | 6.42 | 756% | 12/31/2018 |
| Zinc | Outfall 008 | 0.117mg/L | 0.139 | 18% | 12/31/2018 |
| Aluminum | Outfall 011 | 0.75 mg/L | 1.58 | 110% | 12/31/2018 |
| Zinc | Outfall 013 | 0.117mg/L | 0.637 | 444% | 12/31/2018 |

Appendix C: Effluent Limit Violations
United States and PADEP v. Eastman Chemical Resins, Inc.

| Parameter | Outfall | Limit | Discharged (mg/l) | Above Limit | Date |
|---|---|---|---|---|---|
| Aluminum | Outfall 017 | 0.75 mg/L | 2.2 | 193% | 12/31/2018 |
| Aluminum | Outfall 024 | 0.75 mg/L | 1.3 | 73% | 12/31/2018 |
| Zinc | Outfall 114 | 0.117mg/L | 0.34 | 191% | 12/31/2018 |
| Nitrates | Outfall 20 | 0.68 mg /L | 0.78 | 15% | 12/31/2018 |
| Aluminum | Outfall 004 | 0.75 mg/L | 4.02 | 436% | 3/31/2019 |
| Zinc | Outfall 004 | 0.117mg/L | 0.142 | 21% | 3/31/2019 |
| Aluminum | Outfall 005 | 0.75 mg/L | 2.36 | 214% | 3/31/2019 |
| Zinc | Outfall 005 | 0.117mg/L | 0.126 | 7% | 3/31/2019 |
| Xylene | Outfall 008 | 0.033 mg/L | 0.0514 | 55% | 3/31/2019 |
| Zinc | Outfall 008 | 0.117mg/L | 0.158 | 35% | 3/31/2019 |
| Aluminum | Outfall 011 | 0.75 mg/L | 4.27 | 469% | 3/31/2019 |
| Zinc | Outfall 011 | 0.117mg/L | 0.295 | 152% | 3/31/2019 |
| Zinc | Outfall 013 | 0.117mg/L | 0.428 | 266% | 3/31/2019 |
| Aluminum | Outfall 016 | 0.75 mg/L | 1.2 | 60% | 3/31/2019 |
| Aluminum | Outfall 017 | 0.75 mg/L | 2.58 | 244% | 3/31/2019 |
| Aluminum | Outfall 020 | 0.75 mg/L | 2.27 | 202% | 3/31/2019 |
| Nitrates | Outfall 11 | 0.68 mg /L | 6.3 | 826% | 3/31/2019 |
| Xylene | Outfall 114 | 0.033 mg/L | 0.0732 | 121% | 3/31/2019 |
| Nitrates | Outfall 20 | 0.68 mg /L | 2 | 194% | 3/31/2019 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.172 | 47% | 6/30/2019 |
| Aluminum | Outfall 004 | 0.75 mg/L | 1.66 | 121% | 6/30/2019 |
| Zinc | Outfall 004 | 0.117mg/L | 0.188 | 60% | 6/30/2019 |
| Aluminum | Outfall 005 | 0.75 mg/L | 8.63 | 1050% | 6/30/2019 |
| Zinc | Outfall 005 | 0.117mg/L | 0.224 | 91% | 6/30/2019 |
| Aluminum | Outfall 011 | 0.75 mg/L | 1.82 | 142% | 6/30/2019 |
| Zinc | Outfall 013 | 0.117mg/L | 0.267 | 128% | 6/30/2019 |
| Aluminum | Outfall 017 | 0.75 mg/L | 2.16 | 188% | 6/30/2019 |
| Nitrates | Outfall 11 | 0.68 mg /L | 0.86 | 26% | 6/30/2019 |
| Aluminum | Outfall 114 | 0.75 mg/L | 2.98 | 297% | 6/30/2019 |
| Zinc | Outfall 114 | 0.117mg/L | 0.749 | 540% | 6/30/2019 |
| Nitrates | Outfall 20 | 0.68 mg /L | 0.74 | 8% | 6/30/2019 |
| Aluminum | Outfall 214 | 0.75 mg/L | 1.38 | 84% | 6/30/2019 |
| Zinc | Outfall 214 | 0.117mg/L | 0.141 | 20% | 6/30/2019 |
| Zinc | Outfall 005 | 0.117mg/L | 0.153 | 30% | 9/30/2019 |
| Aluminum | Outfall 008 | 0.75 mg/L | 5.37 | 616% | 9/30/2019 |
| Zinc | Outfall 008 | 0.117mg/L | 0.153 | 30% | 9/30/2019 |
| Aluminum | Outfall 009 | 0.75 mg/L | 1.89 | 152% | 9/30/2019 |
| Aluminum | Outfall 011 | 0.75 mg/L | 5.06 | 574% | 9/30/2019 |
| Zinc | Outfall 011 | 0.117mg/L | 0.206 | 76% | 9/30/2019 |
| Aluminum | Outfall 013 | 0.75 mg/L | 2.15 | 186% | 9/30/2019 |
| Aluminum | Outfall 016 | 0.75 mg/L | 1.95 | 160% | 9/30/2019 |
| Zinc | Outfall 016 | 0.117mg/L | 0.195 | 67% | 9/30/2019 |

6

Appendix C: Effluent Limit Violations
United States and PADEP v. Eastman Chemical Resins, Inc.

| Parameter | Outfall | Limit | Discharged (mg/l) | Above Limit | Date |
|---|---|---|---|---|---|
| Aluminum | Outfall 019 | 0.75 mg/L | 4.07 | 442% | 9/30/2019 |
| Aluminum | Outfall 020 | 0.75 mg/L | 4.25 | 466% | 9/30/2019 |
| Zinc | Outfall 020 | 0.117mg/L | 0.174 | 49% | 9/30/2019 |
| Aluminum | Outfall 024 | 0.75 mg/L | 2.09 | 178% | 9/30/2019 |
| O&G | Outfall 024 | 15 mg/L | 29.9 | 99% | 9/30/2019 |
| Zinc | Outfall 024 | 0.117mg/L | 0.217 | 85% | 9/30/2019 |
| Nitrates | Outfall 11 | 0.68 mg /L | 1.2 | 76% | 9/30/2019 |
| Nitrates | Outfall 20 | 0.68 mg /L | 0.99 | 45% | 9/30/2019 |
| Aluminum | Outfall 002 | 0.75 mg/L | 6.84 | 812% | 12/31/2019 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.438 | 274% | 12/31/2019 |
| Aluminum | Outfall 004 | 0.75 mg/L | 3.68 | 390% | 12/31/2019 |
| Zinc | Outfall 004 | 0.117mg/L | 0.177 | 51% | 12/31/2019 |
| Aluminum | Outfall 005 | 0.75 mg/L | 5.79 | 672% | 12/31/2019 |
| Zinc | Outfall 005 | 0.117mg/L | 0.189 | 61% | 12/31/2019 |
| Aluminum | Outfall 009 | 0.75 mg/L | 1.73 | 130% | 12/31/2019 |
| Zinc | Outfall 009 | 0.117mg/L | 0.124 | 6% | 12/31/2019 |
| Xylene | Outfall 011 | 0.033 mg/L | 0.0555 | 66% | 12/31/2019 |
| Aluminum | Outfall 013 | 0.75 mg/L | 4.73 | 530% | 12/31/2019 |
| Zinc | Outfall 013 | 0.117mg/L | 0.549 | 369% | 12/31/2019 |
| Aluminum | Outfall 014 | 0.75 mg/L | 4.53 | 504% | 12/31/2019 |
| Aluminum | Outfall 016 | 0.75 mg/L | 5.17 | 589% | 12/31/2019 |
| Zinc | Outfall 016 | 0.117mg/L | 0.14 | 20% | 12/31/2019 |
| Aluminum | Outfall 017 | 0.75 mg/L | 1.36 | 81% | 12/31/2019 |
| Aluminum | Outfall 019 | 0.75 mg/L | 1.38 | 84% | 12/31/2019 |
| Aluminum | Outfall 020 | 0.75 mg/L | 5.74 | 665% | 12/31/2019 |
| Zinc | Outfall 020 | 0.117mg/L | 0.132 | 13% | 12/31/2019 |
| Aluminum | Outfall 002 | 0.75 mg/L | 1.07 | 42% | 3/31/2020 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.145 | 23% | 3/31/2020 |
| Aluminum | Outfall 004 | 0.75 mg/L | 1.19 | 58% | 3/31/2020 |
| Zinc | Outfall 004 | 0.117mg/L | 0.145 | 23% | 3/31/2020 |
| Aluminum | Outfall 005 | 0.75 mg/L | 1.13 | 50% | 3/31/2020 |
| Zinc | Outfall 005 | 0.117mg/L | 0.138 | 17% | 3/31/2020 |
| Aluminum | Outfall 009 | 0.75 mg/L | 1.04 | 38% | 3/31/2020 |
| Zinc | Outfall 009 | 0.117mg/L | 0.139 | 18% | 3/31/2020 |
| Aluminum | Outfall 011 | 0.75 mg/L | 1.1 | 46% | 3/31/2020 |
| Zinc | Outfall 011 | 0.117mg/L | 0.143 | 22% | 3/31/2020 |
| Aluminum | Outfall 013 | 0.75 mg/L | 1.08 | 44% | 3/31/2020 |
| Zinc | Outfall 013 | 0.117mg/L | 0.141 | 20% | 3/31/2020 |
| Aluminum | Outfall 017 | 0.75 mg/L | 1.14 | 52% | 3/31/2020 |
| Aluminum | Outfall 019 | 0.75 mg/L | 1.12 | 49% | 3/31/2020 |
| Aluminum | Outfall 020 | 0.75 mg/L | 1.1 | 46% | 3/31/2020 |
| Zinc | Outfall 020 | 0.117mg/L | 0.14 | 20% | 3/31/2020 |

Appendix C: Effluent Limit Violations
United States and PADEP v. Eastman Chemical Resins, Inc.

| Parameter | Outfall | Limit | Discharged (mg/l) | Above Limit | Date |
|---|---|---|---|---|---|
| Aluminum | Outfall 114 | 0.75 mg/L | 1.14 | 52% | 3/31/2020 |
| Zinc | Outfall 114 | 0.117mg/L | 0.0141 | 20% | 3/31/2020 |
| Aluminum | Outfall 002 | 0.75 mg/L | 1.49 | 98% | 6/30/2020 |
| Xylene | Outfall 002 | 0.033 mg/L | 0.0635 | 92% | 6/30/2020 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.213 | 82% | 6/30/2020 |
| Aluminum | Outfall 004 | 0.75 mg/L | 1.06 | 41% | 6/30/2020 |
| Zinc | Outfall 004 | 0.117mg/L | 0.143 | 22% | 6/30/2020 |
| Aluminum | Outfall 008 | 0.75 mg/L | 0.849 | 13% | 6/30/2020 |
| BOD5 | Outfall 008 | 30 mg/L | 67.8 | 78% | 6/30/2020 |
| Aluminum | Outfall 009 | 0.75 mg/L | 4.26 | 468% | 6/30/2020 |
| Zinc | Outfall 009 | 0.117mg/L | 0.136 | 16% | 6/30/2020 |
| Aluminum | Outfall 011 | 0.75 mg/L | 5.58 | 644% | 6/30/2020 |
| Zinc | Outfall 011 | 0.117mg/L | 0.214 | 82% | 6/30/2020 |
| Zinc | Outfall 013 | 0.117mg/L | 0.428 | 265% | 6/30/2020 |
| Aluminum | Outfall 017 | 0.75 mg/L | 1.31 | 74% | 6/30/2020 |
| Aluminum | Outfall 019 | 0.75 mg/L | 0.872 | 16% | 6/30/2020 |
| Aluminum | Outfall 024 | 0.75 mg/L | 3.05 | 306% | 6/30/2020 |
| Nitrates | Outfall 11 | 0.68 mg /L | 1.19 | 75% | 6/30/2020 |
| Zinc | Outfall 114 | 0.117mg/L | 0.22 | 88% | 6/30/2020 |
| Aluminum | Outfall 002 | 0.75 mg/L | 1.08 | 44% | 9/30/2020 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.203 | 73% | 9/30/2020 |
| Aluminum | Outfall 004 | 0.75 mg/L | 1.44 | 92% | 9/30/2020 |
| Zinc | Outfall 004 | 0.117mg/L | 0.185 | 58% | 9/30/2020 |
| Aluminum | Outfall 008 | 0.75 mg/L | 1.81 | 141% | 9/30/2020 |
| Zinc | Outfall 008 | 0.117mg/L | 0.231 | 97% | 9/30/2020 |
| Aluminum | Outfall 011 | 0.75 mg/L | 1.9 | 153% | 9/30/2020 |
| Zinc | Outfall 013 | 0.117mg/L | 0.38 | 224% | 9/30/2020 |
| Aluminum | Outfall 017 | 0.75 mg/L | 2.24 | 198% | 9/30/2020 |
| Aluminum | Outfall 024 | 0.75 mg/L | 0.989 | 31% | 9/30/2020 |
| Nitrates | Outfall 11 | 0.68 mg /L | 0.75 | 10% | 9/30/2020 |
| Nitrates | Outfall 20 | 0.68 mg /L | 0.95 | 39% | 9/30/2020 |
| Aluminum | Outfall 214 | 0.75 mg/L | 1.16 | 54% | 9/30/2020 |
| Nitrates | Outfall 24 | 0.68 mg/l | 0.77 | 13% | 9/30/2020 |
| Phenolics | Outfall 001 | 0.032 mg/L | 0.513 | 1500% | 10/31/2020 |
| Phenolics | Outfall 001 | 0.016 mg/L | 0.259 | 1519% | 10/31/2020 |
| Aluminum | Outfall 002 | 0.75 mg/L | 1.47 | 96% | 12/31/2020 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.173 | 48% | 12/31/2020 |
| Aluminum | Outfall 004 | 0.75 mg/L | 2.62 | 249% | 12/31/2020 |
| Aluminum | Outfall 008 | 0.75 mg/L | 5.88 | 684% | 12/31/2020 |
| Zinc | Outfall 008 | 0.117mg/L | 0.325 | 178% | 12/31/2020 |
| Aluminum | Outfall 011 | 0.75 mg/L | 2.98 | 297% | 12/31/2020 |
| Aluminum | Outfall 013 | 0.75 mg/L | 2.58 | 244% | 12/31/2020 |

Appendix C: Effluent Limit Violations
United States and PADEP v. Eastman Chemical Resins, Inc.

| Parameter | Outfall | Limit | Discharged (mg/l) | Above Limit | Date |
|---|---|---|---|---|---|
| Zinc | Outfall 013 | 0.117mg/L | 1.9 | 1524% | 12/31/2020 |
| Aluminum | Outfall 017 | 0.75 mg/L | 4.12 | 449% | 12/31/2020 |
| Aluminum | Outfall 024 | 0.75 mg/L | 7.5 | 900% | 12/31/2020 |
| Zinc | Outfall 024 | 0.117mg/L | 0.279 | 138% | 12/31/2020 |
| Nitrates | Outfall 11 | 0.68 mg /L | 0.74 | 9% | 12/31/2020 |
| Aluminum | Outfall 114 | 0.75 mg/L | 1.16 | 55% | 12/31/2020 |
| Xylene | Outfall 002 | 0.033 mg/L | 0.035 | 6% | 3/31/2021 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.213 | 82% | 3/31/2021 |
| Zinc | Outfall 004 | 0.117mg/L | 0.418 | 257% | 3/31/2021 |
| Aluminum | Outfall 005 | 0.75 mg/L | 1.12 | 49% | 3/31/2021 |
| Aluminum | Outfall 008 | 0.75 mg/L | 1.52 | 103% | 3/31/2021 |
| Aluminum | Outfall 009 | 0.75 mg/L | 1.72 | 129% | 3/31/2021 |
| Aluminum | Outfall 011 | 0.75 mg/L | 1.62 | 116% | 3/31/2021 |
| Zinc | Outfall 013 | 0.117mg/L | 1.49 | 1174% | 3/31/2021 |
| Aluminum | Outfall 017 | 0.75 mg/L | 2.79 | 272% | 3/31/2021 |
| Nitrates | Outfall 11 | 0.68 mg /L | 0.72 | 6% | 3/31/2021 |
| Aluminum | Outfall 114 | 0.75 mg/L | 1.42 | 89% | 3/31/2021 |
| Zinc | Outfall 114 | 0.117mg/L | 0.345 | 195% | 3/31/2021 |
| Nitrates | Outfall 20 | 0.68 mg /L | 0.88 | 29% | 3/31/2021 |
| Aluminum | Outfall 002 | 0.75 mg/L | 5.29 | 605% | 6/30/2021 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.6 | 413% | 6/30/2021 |
| Aluminum | Outfall 004 | 0.75 mg/L | 2.03 | 171% | 6/30/2021 |
| Zinc | Outfall 004 | 0.117mg/L | 0.236 | 102% | 6/30/2021 |
| Aluminum | Outfall 005 | 0.75 mg/L | 2.93 | 291% | 6/30/2021 |
| Zinc | Outfall 005 | 0.117mg/L | 0.54 | 362% | 6/30/2021 |
| Aluminum | Outfall 008 | 0.75 mg/L | 3.56 | 375% | 6/30/2021 |
| Zinc | Outfall 008 | 0.117mg/L | 0.664 | 468% | 6/30/2021 |
| Aluminum | Outfall 011 | 0.75 mg/L | 14.2 | 1793% | 6/30/2021 |
| Zinc | Outfall 011 | 0.117mg/L | 0.862 | 637% | 6/30/2021 |
| Zinc | Outfall 013 | 0.117mg/L | 0.692 | 491% | 6/30/2021 |
| Aluminum | Outfall 017 | 0.75 mg/L | 4.56 | 508% | 6/30/2021 |
| Aluminum | Outfall 019 | 0.75 mg/L | 0.789 | 5% | 6/30/2021 |
| Aluminum | Outfall 024 | 0.75 mg/L | 4.28 | 471% | 6/30/2021 |
| Zinc | Outfall 024 | 0.117mg/L | 0.265 | 126% | 6/30/2021 |
| Aluminum | Outfall 114 | 0.75 mg/L | 0.787 | 5% | 6/30/2021 |
| Zinc | Outfall 114 | 0.117mg/L | 0.294 | 151% | 6/30/2021 |
| Aluminum | Outfall 214 | 0.75 mg/L | 1.41 | 88% | 6/30/2021 |
| Zinc | Outfall 214 | 0.117mg/L | 0.289 | 147% | 6/30/2021 |
| Phenolics | Outfall 001 | 0.032 mg/L | 0.046 | 44% | 7/31/2021 |
| Phenolics | Outfall 001 | 0.016 mg/L | 0.034 | 113% | 7/31/2021 |
| Nitrates | Outfall 11 | 0.68 mg /L | 1.2 | 76% | 9/30/2021 |
| Aluminum | Outfall 002 | 0.75 mg/L | 1.06 | 41% | 12/31/2021 |

Appendix C: Effluent Limit Violations
United States and PADEP v. Eastman Chemical Resins, Inc.

| Parameter | Outfall | Limit | Discharged (mg/l) | Above Limit | Date |
|---|---|---|---|---|---|
| Zinc | Outfall 002 | 0.117 mg /L | 0.369 | 215% | 12/31/2021 |
| Aluminum | Outfall 004 | 0.75 mg/L | 2.25 | 200% | 12/31/2021 |
| Zinc | Outfall 004 | 0.117mg/L | 0.216 | 85% | 12/31/2021 |
| Zinc | Outfall 004 | 0.117mg/L | 0.645 | 451% | 12/31/2021 |
| Aluminum | Outfall 008 | 0.75 mg/L | 1.14 | 52% | 12/31/2021 |
| Zinc | Outfall 008 | 0.117mg/L | 0.792 | 577% | 12/31/2021 |
| Aluminum | Outfall 009 | 0.75 mg/L | 1.09 | 45% | 12/31/2021 |
| Zinc | Outfall 009 | 0.117mg/L | 0.156 | 33% | 12/31/2021 |
| Aluminum | Outfall 011 | 0.75 mg/L | 1.44 | 92% | 12/31/2021 |
| Zinc | Outfall 011 | 0.117mg/L | 0.229 | 96% | 12/31/2021 |
| Zinc | Outfall 013 | 0.117mg/L | 2.7 | 2208% | 12/31/2021 |
| Zinc | Outfall 016 | 0.117mg/L | 0.13 | 11% | 12/31/2021 |
| Zinc | Outfall 114 | 0.117mg/L | 0.358 | 206% | 12/31/2021 |
| Xylene | Outfall 002 | 0.033 mg/L | 0.053 | 61% | 3/31/2022 |
| Aluminum | Outfall 004 | 0.75 mg/L | 0.899 | 20% | 3/31/2022 |
| Zinc | Outfall 004 | 0.117mg/L | 0.268 | 129% | 3/31/2022 |
| Zinc | Outfall 005 | 0.117mg/L | 1.11 | 849% | 3/31/2022 |
| Aluminum | Outfall 008 | 0.75 mg/L | 1.69 | 125% | 3/31/2022 |
| Zinc | Outfall 008 | 0.117mg/L | 0.955 | 716% | 3/31/2022 |
| Aluminum | Outfall 009 | 0.75 mg/L | 1.76 | 135% | 3/31/2022 |
| Zinc | Outfall 009 | 0.117mg/L | 0.201 | 72% | 3/31/2022 |
| Aluminum | Outfall 011 | 0.75 mg/L | 4.54 | 505% | 3/31/2022 |
| Zinc | Outfall 011 | 0.117mg/L | 0.678 | 479% | 3/31/2022 |
| Aluminum | Outfall 013 | 0.75 mg/L | 1.96 | 161% | 3/31/2022 |
| Zinc | Outfall 013 | 0.117mg/L | 5.66 | 4738% | 3/31/2022 |
| Aluminum | Outfall 017 | 0.75 mg/L | 14.1 | 1780% | 3/31/2022 |
| Aluminum | Outfall 019 | 0.75 mg/L | 5.74 | 665% | 3/31/2022 |
| Aluminum | Outfall 024 | 0.75 mg/L | 14.4 | 1820% | 3/31/2022 |
| Zinc | Outfall 024 | 0.117mg/L | 0.665 | 468% | 3/31/2022 |
| Zinc | Outfall 114 | 0.117mg/L | 0.343 | 193% | 3/31/2022 |
| Nitrates | Outfall 20 | 0.68 mg /L | 7.2 | 959% | 3/31/2022 |
| Zinc | Outfall 214 | 0.117mg/L | 0.159 | 36% | 3/31/2022 |
| Nitrates | Outfall 24 | 0.68 mg/l | 1.4 | 106% | 3/31/2022 |
| Aluminum | Outfall 002 | 0.75 mg/L | 0.867 | 16% | 6/30/2022 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.198 | 69% | 6/30/2022 |
| Aluminum | Outfall 004 | 0.75 mg/L | 2.08 | 177% | 6/30/2022 |
| Zinc | Outfall 004 | 0.117mg/L | 0.428 | 266% | 6/30/2022 |
| Aluminum | Outfall 005 | 0.75 mg/L | 0.964 | 29% | 6/30/2022 |
| Zinc | Outfall 005 | 0.117mg/L | 0.136 | 16% | 6/30/2022 |
| Aluminum | Outfall 008 | 0.75 mg/L | 1.62 | 116% | 6/30/2022 |
| Zinc | Outfall 008 | 0.117mg/L | 0.408 | 249% | 6/30/2022 |
| Aluminum | Outfall 009 | 0.75 mg/L | 1.04 | 39% | 6/30/2022 |

Appendix C: Effluent Limit Violations
United States and PADEP v. Eastman Chemical Resins, Inc.

| Parameter | Outfall | Limit | Discharged (mg/l) | Above Limit | Date |
|---|---|---|---|---|---|
| Aluminum | Outfall 011 | 0.75 mg/L | 5.08 | 577% | 6/30/2022 |
| Zinc | Outfall 011 | 0.117mg/L | 0.315 | 169% | 6/30/2022 |
| Zinc | Outfall 013 | 0.117mg/L | 0.805 | 588% | 6/30/2022 |
| Aluminum | Outfall 017 | 0.75 mg/L | 2.08 | 177% | 6/30/2022 |
| Aluminum | Outfall 019 | 0.75 mg/L | 0.84 | 12% | 6/30/2022 |
| Nitrates | Outfall 11 | 0.68 mg /L | 1.1 | 62% | 6/30/2022 |
| Aluminum | Outfall 002 | 0.75 mg/L | 1.18 | 57% | 9/30/2022 |
| Zinc | Outfall 002 | 0.117 mg /L | 0.384 | 228% | 9/30/2022 |
| Zinc | Outfall 004 | 0.117mg/L | 0.3 | 156% | 9/30/2022 |
| Aluminum | Outfall 005 | 0.75 mg/L | 1.11 | 48% | 9/30/2022 |
| Zinc | Outfall 005 | 0.117mg/L | 0.156 | 33% | 9/30/2022 |
| Zinc | Outfall 008 | 0.117mg/L | 0.183 | 56% | 9/30/2022 |
| Aluminum | Outfall 009 | 0.75 mg/L | 1.11 | 48% | 9/30/2022 |
| Zinc | Outfall 009 | 0.117mg/L | 0.118 | 1% | 9/30/2022 |
| Aluminum | Outfall 011 | 0.75 mg/L | 1.08 | 44% | 9/30/2022 |
| Zinc | Outfall 011 | 0.117mg/L | 0.148 | 26% | 9/30/2022 |
| Zinc | Outfall 013 | 0.117mg/L | 6.71 | 5635% | 9/30/2022 |
| Aluminum | Outfall 019 | 0.75 mg/L | 1.08 | 44% | 9/30/2022 |
| Aluminum | Outfall 020 | 0.75 mg/L | 1.36 | 81% | 9/30/2022 |
| Nitrates | Outfall 20 | 0.68 mg /L | 12.1 | 1679% | 9/30/2022 |