UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>and<br><br>PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br><br>   Plaintiffs,<br><br>   v.<br><br>EASTMAN CHEMICAL RESINS, INC.,<br><br>Defendant,<br><br>and<br><br>SYNTHOMER JEFFERSON HILLS LLC,<br><br>   Fed. R. Civ. P. 19(a) Defendant. | Civil Action No. 2:23-cv-00867-MJH |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF STACY D. COLEMAN**

Having considered the Motion for Admission *Pro Hac Vice* of Stacy D. Coleman, and finding good cause, it is hereby ORDERED that the Motion is GRANTED.

Dated: 5/25/2023

_____
UNITED STATES DISTRICT JUDGE